IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:

**SHAWN WILLIAMS**,

    Plaintiff,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.**,

    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

TO:    PLAINTIFF AND HIS ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant American Family Mutual Insurance Company, S.I., by and through its counsel, Jacquelyn S. Booker of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

## INTRODUCTION AND BASIS FOR REMOVAL

1.    American Family Mutual Insurance Company, S.I. ("American Family") is the Defendant in the above titled action, originally filed in the District Court, Denver County, Colorado, Case No. 2018CV30632. On or about February 20, 2018, Plaintiff, Shawn Williams ("Mr. Williams") filed his Complaint and Jury Demand in Denver County District Court, Colorado. The Complaint seeks recovery of damages as to American Family based on allegations of breach of contract, bad faith breach of contract, and statutory unreasonable delay

or denial of insurance benefits.  *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**.

3. 2. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending.  28 U.S.C. § 1441(a).  The district courts of the United States have original jurisdiction of all actions between the citizens of different states, when the amount in controversy exceeds $75,000.  28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states.  Mr. Williams is a citizen of the State of Colorado. *See* **Exhibit A** at ¶ 2.  Defendant American Family is a citizen of the State of Wisconsin.  *See* Documents on File with Colorado Secretary of State, **Exhibit B;** *see also* **Exhibit A** at ¶ 3

4. The amount in controversy exceeds $75,000.  Plaintiff submitted a demand letter to American Family dated November 4, 2016 alleging he incurred $176,487.84 in medical expenses related to the accident. *See* **Exhibit G**.  Plaintiff's Complaint alleges he "suffered injuries including a posterior wall fracture of the right acetabulum as a result of the collision and had to undergo a definitive surgical fixation for the injury. *See* **Exhibit A** at ¶ 15 and 16. Further, Plaintiff's Complaint also alleges that he "has incurred additional past and future medical expenses, lost earnings, pain and suffering, impairment and permanent injuries."  See **Exhibit A** at ¶ 23 and 51.  Additionally, in District Court Civil (CV) Case Cover Sheet, Plaintiff states that he seeks more than $100,000 in damages.  *See* **Exhibit C** at 2.

5.   Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6.   This Notice of Removal is timely under 28 U.S.C. §1446(b). American Family has thirty (30) days from the date it was served with Plaintiff's Complaint to file its Notice of Removal. American Family was served with Plaintiff's Complaint and Jury Demand in this matter on February 20, 2018.  *See* **Exhibit A**. Thus, American Family's Notice of Removal is due March 22, 2018.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7.   Pursuant to 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c) and D.C.Colo.LCivR 81.1, a copy of all process, pleadings, and orders that were served by the parties are attached. Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of Denver. *See* **Exhibit D**. The process, pleadings, and orders are captioned as follows:

**Exhibit A**   Complaint and Jury Demand;

**Exhibit C**   District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint;

**Exhibit E**   Summons to American Family Mutual Insurance Company, S.I.;

**Exhibit F**   Return of Service regarding American Family. No trial, hearings, or other proceedings are currently scheduled in the District Court for the County of Denver. American Family has complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1.

9. Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of Denver in Civil Action No. 2018CV30632. Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiff's counsel. A copy of the Register of Actions for the State Court proceeding is attached as **Exhibit H.**

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, American Family Mutual Insurance Company, S.I. respectfully requests that this case be removed from the District Court for the County of Denver, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 15th day of March, 2018.

>
> */s/   Jacquelyn S. Booker*
> Jacquelyn S. Booker
> Sutton | Booker | P.C.
> 4949 S. Syracuse, Suite 520
> Denver, Colorado  80237
> Telephone:  303-730-6204
> Facsimile:   303-730-6208
> E-Mail:  jbooker@suttonbooker.com
> ***Attorneys for Defendant,***
> ***American Family Mutual Insurance Company, S.I.***

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2018, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer Torres
Patric J. LeHouillier
Franklin D. Azar & Associates, P.C.
14426 E. Evans Avenue
Aurora CO  80014

/s/   Sarah E. Anderson
*A duly signed original is on file at*
*Sutton | Booker | P.C.*