IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-00621-CMA-NRN

**SHAWN WILLIAMS**,

    Plaintiff,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.**,

    Defendant.

---
**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**
---

    The Plaintiff, Shawn Williams, and Defendant, American Family Mutual Insurance Company, S.I., by and through their attorneys of record, hereby stipulate and agree that all claims that were brought and all claims which could have been brought against Defendant are dismissed WITH PREJUDICE, all claims between Plaintiff and Defendant, American Family Mutual Insurance Company, S.I., having been amicably resolved, the parties to pay their own fees and costs.

    Respectfully submitted this 28th day of June, 2019.


| | |
|---|---|
| /s/ *Jennifer Torres* | /s/ *Jacquelyn S. Booker* |
| Patric J. LeHouillier | Debra K. Sutton |
| Jennifer Torres | Jacquelyn S. Booker |
| Attorney for Plaintiff | Paul W. Jordan |

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2019, I electronically filed a true and correct copy of the above and foregoing Stipulated Motion for Dismissal With Prejudice with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Jennifer Torres
    Patric J. LeHouillier
    Franklin D. Azar & Associates, P.C.
    14426 E. Evans Avenue
    Aurora, CO  80014

                                              /s/   Sarah E. Anderson
                                              *A duly signed original is on file at*
                                              *Sutton | Booker | P.C.*